IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **OWAIIAN M. JONES,** | ) | |
| Plaintiff, | ) | Civil Action No. 7:14cv00412 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **ROANOKE CITY JAIL,** *et al.*, | ) | By: Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Jones' request for a writ of mandamus is **DENIED**, Jones' complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1), Jones' motions for order to show cause (Docket Nos. 2 and 6) are **DISMISSED** as moot, and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

Entered: November 21, 2014

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge